

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF A. U., G. U. AND F. U., Adult Children, | § | No. 08-13-00284-CV |
| | | Appeal from the |
| Appellant, | § | |
| | | 388th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2003CM2325) |
| | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's motion to reestablish the appellate timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record is now due in this Court on or before April 25, 2014.

IT IS SO ORDERED this 26th day of March, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.